UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE:                                              CASE NO.:    22-80195

**Jeffrey Robert Tasky**                            CHAPTER:    7

**Jamie Mitzi Tasky**

      Debtor(s).

_____ /

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES, Albertelli Law, who states that its legal services have been retained on behalf of Wells Fargo Bank, N.A., and Albertelli Law, enters its appearance as counsel of record and requests notice of all motions and pleadings filed in this action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in accordance with Rule 2002(g):

/s/ Candace M Murphy, Esq.
_____

Candace M. Murphy
State Bar No. 24054870
Albertelli Law
2201 W. Royal Lane, Ste. 155
Irving, TX 75063
Tel: (469) 804-8457 (Ext. 1615)
Fax: (469) 804-8462
bktx@albertellilaw.com
cmurphy@alaw.net

ALAW FILE NO. 22-011882

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before 11/02/2022, I caused a true and correct copy of the foregoing, and all attachments, to be served upon each of the entities named below via the court's notice of electronic filing or via Regular U.S. Mail as follows.

/s/ Candace M Murphy, Esq.

Candace M. Murphy
State Bar No. 24054870
Albertelli Law
2201 W. Royal Lane, Ste. 155
Irving, TX 75063
Tel: (469) 804-8457 (Ext. 1615)
Fax: (469) 804-8462
bktx@albertellilaw.com
cmurphy@alaw.net

22-011882

## Service List

Rabin Pournazarian
Price Law Group APC
6345 Balboa Blvd.
Ste 247
Encino, CA 91316


Jeffrey Robert Tasky
111 Northbay Court
Dickinson, TX 77539


Jamie Mitzi Tasky
111 Northbay Court
Dickinson, TX 77539


Janet S Casciato-Northrup
Hughes Watters and Askanase
1201 Louisiana
28th Floor
Houston, TX 77002


US Trustee
Office of the U S Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002


----------END OF SERVICE LIST----------